IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| RANDALL DAVID DUE, | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:14-cv-82 (WLS) |
| LAURIE SMITH CAMP *et al*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Randall David Due filed a so-called "Criminal Complaint" against various Defendants for a series of incomprehensible claims and crimes. A district court has inherent power to *sua sponte* dismiss patently frivolous lawsuits. *Jefferson Fourteenth Assocs. v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524, 526 n.3 (11th Cir. 1983). Due's complaint is patently frivolous and not taken in good faith. It is clear he intends to initiate a criminal proceeding against the defendants. A private citizen cannot institute criminal proceedings or compel federal law enforcement agencies to do the same. *Otero v. U.S. Att'y Gen.*, 832 F.2d 141, 141 (11th Cir. 1987).

Due's complaint is therefore **DISMISSED**.

**SO ORDERED**, this   4th   day of June, 2014.

　　　　　　　　　　　　　　　　 /s/ W. Louis Sands
　　　　　　　　　　　　　　　　**W. LOUIS SANDS, JUDGE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**